IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RONALD FIELDER, *individually and as personal representative of the estate of Imani Fielder, deceased,* | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-444-DII |
| M.D. LINA GHOSH, et al., | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| RONALD FIELDER, *individually and as personal representative of the estate of Imani Fielder, deceased,* | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-675-DII |
| ADAMS AND ASSOCIATES, INC., | § § | |
| Defendant. | § | |

## ORDER

On December 30, 2024, the parties dismissed all claims in these cases with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 30, 1:24-CV-444-DII). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the cases are **CLOSED**.

**SIGNED** on January 3, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE